NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN PATENTS LLC,**

*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**

*Appellee*

---

2021-1635

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00482.

---

**JUDGMENT**

---

LARRY D. THOMPSON, JR., Antonelli, Harrington & Thompson, LLP, Houston, TX, argued for appellant. Also represented by MATTHEW JAMES ANTONELLI, ZACHARIAH HARRINGTON, REHAN M. SAFIULLAH.

DEBRA JANECE MCCOMAS, Haynes & Boone, LLP, Dallas, TX, argued for appellee. Also represented by DAVID L. MCCOMBS; RAGHAV BAJAJ, DAVID W. O'BRIEN, Austin, TX; ANGELA OLIVER, Washington, DC; ASHRAF FAWZY,

JONATHAN RUDOLPH KOMINEK STROUD, Unified Patents, LLC, Chevy Chase, MD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and TARANTO, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

March 10, 2022          /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                             Clerk of Court